April 12, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

SERGEANT MARY HAVER AND DEPUTY CONSTABLE KEVIN VAILES, IN THEIR INDIVIDUAL CAPACITIES, Appellants

NO. 14-15-00185-CV          V.

BARBARA COATS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMAIL AMRON AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED, AND ALI AMRON, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED, Appellees

_____

This cause, an appeal from the order denying appellants' no-evidence motion for summary judgment, signed February 27, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the trial court's order denying appellants' no-evidence motion for summary judgment **AFFIRMED** and remand the case to the trial court for further proceedings.

We order appellants, Sergeant Mary Haver and Deputy Kevin Vailes, in their Individual Capacities, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.